**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Amanda Gail Barr**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−4366** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Kansas** | Date case filed for chapter **13** | **6/2/16** |
| Case Number / Presiding Judge: | **16−40576 / Janice Miller Karlin** | Date Notice Issued: | **6/3/16** |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**04/16**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Amanda Gail Barr | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 127 W. Ave E<br>South Hutchinson, KS 67505 | |
| **4. Debtor's attorney**<br>Name and address | Adam M Mack<br>Law Office of Adam Mack<br>2850 SW Mission Woods Drive<br>Topeka, KS 66614 | Contact phone 785−274−9040 |
| **5. Bankruptcy trustee**<br>Name and address | Jan Hamilton<br>507−9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601−3527 | Contact phone (785) 234−1551 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 240 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683 | Office Hours: 9:00 AM − 4:00 PM Monday − Friday<br><br>Contact phone (785) 338−5910 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 7, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at the Meeting of Creditors. Non−lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | **Location:**<br>**515 S. Kansas Ave., 4th Floor Suite 402, Topeka, KS 66603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/6/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/5/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/30/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**7/27/16** at **09:00 AM**, Location: **Frank Carlson US Courthouse, 444 SE Quincy Room 210, Topeka, KS 66683** | |
| **10. Objection to Plan** | A plan is not effective unless approved by the bankruptcy court at a confirmation hearing. Objections to the plan shall be filed 10 days before the confirmation hearing. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **14. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
District of Kansas

In re:
Amanda Gail Barr
Debtor

Case No. 16-40576-JMK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-5 User: tolivette Page 1 of 2 Date Rcvd: Jun 03, 2016
Form ID: 309I Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2016.

db +Amanda Gail Barr, 127 W. Ave E, South Hutchinson, KS 67505-1931
tr Jan Hamilton, 507-9 SW Jackson, PO Box 3527, Topeka, KS 66601-3527
8483305 +Account Liquidation Se, 304 W Water St, Decorah IA 52101-1730
8483306 +Awa Collections, Po Box 6605, Orange CA 92863-6605
8483307 +Central States Recover, 1314 N Main St, Hutchinson KS 67501-4002
8483308 +Checkers, 2300 Louisiana St, Lawrence KS 66046-4718
8483309 City of Haysville, Municipal Court, 210 W 1st Ave, Haysville KS 67060
8483310 +City of Mulvane, Municipal Court, 211 N 2nd Ave, Mulvane KS 67110-1500
8483311 +City of Wichita, Municipal Court, 455 N. Main Street, #201, Wichita KS 67202-1612
8483312 +Credit King, 4435 S Broadway, Wichita KS 67216-1733
8483313 +Financeco Of Kansas In, 944 N Main St, Cheney KS 67025-9139
8483316 +Kansas Counselors Inc, Po Box 14765, Shawnee Mission KS 66285-4765
8483319 +Ks Child Support Enf, 915 Sw Harrison, Topeka KS 66612-1505
8483321 ++MID CONTINENT CREDIT SERVICES, 3161 N ROCK RD, STE B, WICHITA KS 67226-1453
(address filed with court: Mid Cnt Crsv, Po Box 75076, Wichita KS 67275)
8483322 +Midwest Serv, 625 W Maple Po Box 3888, Wichita KS 67201-3888
8483324 +Roy Leon Barr, 516 W. MacArthur Rd, Wichita KS 67217-3636
8483325 +Southwest National Ban, 400 E Douglas Ave, Wichita KS 67202-3408
8483326 +State of Kansas, c/o Butler County Court, 201 W Pine Ave #101, El Dorado KS 67042-2911
8483328 +Verizon Wireless, Po Box 49, Lakeland FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: igotnotices.kansasjustice@gmail.com Jun 03 2016 21:02:57 Adam M Mack,
Law Office of Adam Mack, 2850 SW Mission Woods Drive, Topeka, KS 66614
ust +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jun 03 2016 21:03:21 U.S. Trustee,
Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811
8483314 +EDI: AMINFOFP.COM Jun 03 2016 21:03:00 First Premier Bank, 601 S Minnesota Ave,
Sioux Falls SD 57104-4868
8483315 EDI: IRS.COM Jun 03 2016 21:03:00 Internal Revenue Service, PO Box 7346,
Philadelphia PA 19101-7346
8483317 E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Jun 03 2016 21:04:02
Kansas Department of Revenue, Department of Vehicles, PO Box 12005, 915 SW Harrison,
Topeka KS 66612-2005
8483318 +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Jun 03 2016 21:04:02
Kansas Department of Revenue, Civil Tax Enforcement, Attn: Bankruptcy, P.O. Box 12005,
Topeka KS 66601-3005
8483320 +E-mail/Text: Bankruptcy@meritrustcu.org Jun 03 2016 21:03:30 Meritrust Credit Union,
8710 E 32nd St N, Wichita KS 67226-4008
8483323 +EDI: PRA.COM Jun 03 2016 20:58:00 Portfolio Recovery Ass, 120 Corporate Blvd Ste 1,
Norfolk VA 23502-4962

TOTAL: 8

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

8483327 ##+Transworld System Inc/, 2235 Mercury Way Ste 275, Santa Rosa CA 95407-5463

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2016 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2016 at the address(es) listed below:

Adam M Mack on behalf of Debtor Amanda Gail Barr igotnotices.kansasjustice@gmail.com, adam.mack@kansasjustice.com
Jan Hamilton bdms@topeka13trustee.com
U.S. Trustee ustpregion20.wi.ecf@usdoj.gov

TOTAL: 3